# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE CRYSTAL LYNN PORTER,

Debtor.

Case No. 19-cv-02853-JSW

**ORDER TO SHOW CAUSE**

On June 3, 2019, Debtor filed a Notice of Appeal of the Bankruptcy Court's Order overruling renewed objections to claims, dated May 8, 2019. There has been no further activity in this Court since Debtor filed her notice of appeal. Accordingly, Debtor is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss the appeal for failure to prosecute. Debtor's response shall be due by no later than October 22, 2019.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
JEFFREY S. WHITE
United States District Judge